United States Court of Appeals,

Eleventh Circuit.

No. 94-2300.

UNITED STATES of America, Plaintiff-Appellee,

v.

Charles S. CANCELLIERE, Defendant-Appellant.

Feb. 2, 1996.

Appeal from the United States District Court for the Middle District of Florida (No. 93-213-CR-T-21C), Ralph W. Nimmons, Jr., Judge.

Before BLACK, Circuit Judge, HILL, Senior Circuit Judge, and ALAIMO[*], Senior District Judge.

BY THE COURT:

Appellant's "motion for rehearing/clarification," construed as a motion to clarify this Court's opinion, is GRANTED. The judgment is amended by adding: "This case is REMANDED to the district court for further proceedings consistent herewith."

---

[*]Honorable Anthony A. Alaimo, Senior U.S. District Judge for the Southern District of Georgia, sitting by designation.